**Marta REYES-RODRIGUEZ, Petitioner,**

v.

---

\* Peter D. Keisler is substituted for his predecessor, Alberto R. Gonzales, as Acting Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

\*\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Peter D. KEISLER,\* Acting Attorney
General, Respondent.

No. 05–74341.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 24, 2007 \*\*.

Filed Sept. 28, 2007.

Wayne Spindler, Esq., Tarzana, CA, for
Petitioner.

CAC–District Counsel, Esq., Office of
the District Counsel, Department of
Homeland Security, Los Angeles, CA,
Ronald E. Lefevre, Chief Counsel, Office
of the District Counsel, Department of
Homeland Security, San Francisco, CA,
Douglas E. Ginsburg, Esq., John D.
Williams, Esq., Lyle D. Jentzer, Esq., U.S.
Department of Justice, Civil Div./Office of
Immigration Lit., Washington, DC, for Respondent.

Before: CANBY, TASHIMA and
RAWLINSON, Circuit Judges.

## MEMORANDUM \*\*\*

Marta Reyes–Rodriguez, a native and
citizen of El Salvador, petitions for review
of the Board of Immigration Appeals'
("BIA") order affirming without opinion an
immigration judge's ("IJ") decision denying
her motion to reopen deportation proceedings. We have jurisdiction pursuant
to 8 U.S.C. § 1252. We review questions
of law de novo. *See Lin v. Gonzales,* 473
F.3d 979, 981 (9th Cir.2007). We grant
the petition for review and remand.

The IJ erred in concluding that Reyes–
Rodriguez was precluded from filing a motion
to reopen deportation proceedings on
the ground that she departed the United
States after she was ordered deported in
absentia. *See id.* at 982 (holding that 8
C.F.R. § 1003.23(b)(1) does not preclude
jurisdiction over motions to reopen filed by
petitioners who had been lawfully deported
after the completion of immigration proceedings
and then reentered illegally).

Accordingly, we remand to the BIA with
instructions to remand to the IJ for further
proceedings consistent with this disposition.

In light of our decision, we do not address
Reyes–Rodriguez's remaining contentions.

**PETITION FOR REVIEW GRANTED;
REMANDED.**

---

\* Peter D. Keisler is substituted for his predecessor,
Alberto R. Gonzales, as Acting Attorney
General of the United States, pursuant to Fed.
R.App. P. 43(c)(2).

\*\* The panel unanimously finds this case suitable
for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication
and is not precedent except as provided
by 9th Cir. R. 36–3.